# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANCESCA SEBESTYEN, | ) | NO. CV 10-4595-SS |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED for further proceedings consistent with the Court's Memorandum Order and Decision.

DATED: June 3, 2011.

　　　　/S/　　　　　　　　　　
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE