Shanny J. Lee, Calif. Bar No. 213599
LAW OFFICES OF HARRY J. BINDER
AND CHARLES E. BINDER, P.C.
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8644
Fax   (714) 564-8641
Email: shannyjlee@gmail.com

Attorney for plaintiff Francesca Sebestyen

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FRANCESCA SEBESTYEN

PLAINTIFF,

v.

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY,

DEFENDANT.

No. CV 10-4595-SS

[PROPOSED] ORDER AWARDING EAJA FEES

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FOUR THOUSAND DOLLARS and 00/100's ($4,000.00), and costs in the amount of THREE HUNDRED FIFTY DOLLARS ($350.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: 7/7/11

*[signature]*

HONORABLE SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE